UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4657-CIV-GOLD/O'SULLIVAN

WAYNE A. CYPEN,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____/



## NOTICE OF SETTLEMENT

The parties hereby notify the Court that the above-styled matter has been amicably resolved. The parties are in the process of documenting their agreement. However, pursuant to the terms of the settlement, the parties request that the Court retain jurisdiction over this matter until the Defendant fully satisfies the terms of the Settlement. Upon receipt of the final payment, the Plaintiff will provide notice to the Court that the Court may enter a Final Dismissal.

WE HEREBY CERTIFY that a copy of the foregoing was mailed on this 25th day of July, 2002 to all parties on the attached service list.

CASE NO. 00-4657-CIV-GOLD/O'SULLIVAN

Respectfully submitted,

PODHURST, ORSECK, JOSEFSBERG,
EATON, MEADOW, OLIN & PERWIN, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
(305) 358-2800 / Fax (305) 358-2382
info@podhurst.com

By: _____
Michael S. Olin
Fla. Bar No. 220310
Stephen F. Rosenthal
Fla. Bar No. 0131458

LAW OFFICES, PODHURST ORSECK JOSEFSBERG EATON MEADOW OLIN & PERWIN, P.A. - OF COUNSEL, WALTER H. BECKHAM, JR.
25 WEST FLAGLER STREET - SUITE 800, MIAMI, FLORIDA 33130-1780
(305) 358-2800

## SERVICE LIST

John T. Kolinski, Esq.
Sandra M. Upegui, Esq.
Shutts & Bowen LLP
201 South Biscayne Blvd.
1500 Miami Center
Miami, FL 33131